Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, CA 90027
Tel: 323.962.3777
Fax: 323.962.3004
E-mail: aharris@harrisandruble.com
pmohan@harrisandruble.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS LYNCH, individually and on behalf of all others similarly situated, ROBERT YOUNG, BOB WHEELER, VITO TORTORICCI, and FRED OSBY, individually<br><br>Plaintiffs<br><br>v.<br><br>NICK  CASSAVETES, MANU KUMARAN, MEDIENT ENTERTAINMENT, MEDIENT OK, LLC, YELLOW PRODUCTIONS, LLC, GS ENTERTAINMENT, LLC and JOE Q. BRETZ<br><br>Defendants. | Case No: 13-CV-04317 DSF (JC)<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT WITH DEFENDANT NICK CASSAVETES**<br><br>*Assigned to Hon. Dale S. Fischer* |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs have entered into a settlement with Defendant Nick Cassavetes with respect to the above-captioned matter.  The parties will file a Stipulation to Dismiss the Complaint with Prejudice as to Defendant Nick Cassavetes only, upon the parties' receipt of fully executed copies of the Settlement Agreement.

DATED: January 14, 2014                                   HARRIS & RUBLE

                                                         _____/s/  Priya Mohan_____
                                                         Alan Harris
                                                         Priya Mohan
                                                         *Attorneys for Plaintiffs*