Joseph L. Richardson, SBN 212206
Daniel L. Ferguson, SBN 98377
BORTON PETRINI, LLP
1461 Ford Street, Suite 201
Redlands, California 92373
Tel: (909) 381-0527
Fax: (909) 381-0658
jrichardson@bortonpetrini.com
dferguson@bortonpetrini.com

Attorneys for Defendants,
Manu Kumaran; Medient Entertainment;
Medient OK, LLC; Yellow Productions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS LYNCH, individually and on behalf of all others similarly situated, ROBERT YOUNG, BOB WHEELER, VITO TORTORICCI, and FRED OSBY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NICK CASSAVETES, MANU KUMARAN, MEDIENT ENTERTAINMENT, MEDIENT OK, LLC, YELLOW PRODUCTIONS, LLC, GS ENTERTAINMENT, LLC AND JOE Q. BRETZ,<br><br>Defendants. | Case No. CV13-04317 DSF (JCx)<br>*Assigned to Hon. Dale S. Fischer*<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: September 29, 2014<br>Time: 1:30 p.m.<br>Courtroom: 840<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012<br><br>Complaint filed: July 14, 2013<br>Fact Discovery Cut-off: October 26, 2014<br>Motion Hearing Cut-off: September 22, 2014<br>Final Pre-Trial Conf.: December 8, 2014<br>Trial Date: January 6, 2015 |

PLEASE TAKE NOTICE that on September 29, 2014 at 1:30 p.m., or as soon thereafter as the matter can be heard in Courtroom 840 by the Hon. Dale S. Fischer, the law firm of Borton Petrini, LLP, counsel of record for Defendants, MANU KUMARAN, MEDIENT ENTERTAINMENT, MEDIENT OK, LLC, and YELLOW PRODUCTIONS, LLC (collectively the "Medient Defendants") will and hereby does move this court for an order permitting the law firm of Borton Petrini, LLP ("BP") to

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

1

withdraw from representation of the Medient Defendants in the above-referenced action.

NOTICE IS FURTHER GIVEN that the Motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, and the Declaration of Joseph L. Richardson filed concurrently herewith.

NOTICE IS FURTHER GIVEN that Borton Petrini, LLP has complied with the requirements of the Local Rules as delineated in the Declaration of Joseph Richardson.

Dated: 8-26-14

Respectfully submitted,

BORTON PETRINI, LLP

By
Joseph L. Richardson
Daniel L. Ferguson
Attorneys for Defendants,
Manu Kumaran; Medient
Entertainment; Medient OK,
LLC; Yellow Productions, LLC

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

2

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

The Court is requested to grant leave to Borton Petrini, LLP ("BP") to withdraw as counsel of record for MANU KUMARAN, MEDIENT ENTERTAINMENT, MEDIENT OK, LLC, and YELLOW PRODUCTIONS, LLC (collectively the "Medient Defendants") in the above-captioned action. This request is timely. It is made primarily because of the continued failure of the Medient Defendants to pay their legal fees. BP understood that, for a time, the issue was linked to the changeover in the leadership of Medient Studios, Inc. Even so, the changeover has not resolved the issue. Furthermore, this changeover has resulted in litigation between Medient and Manu Kumaran, both Defendants BP currently represents, which makes continued representation herein an irreconcilable conflict.

BP took on the representation of the Medient Defendants in or about January, 2014. After an initial conference with Mr. Kumaran, in-house counsel Parth Munshi and Operations Manager Megan Murphy were presented at the contact persons for happenings in the case. Since that time, counsel has filed an answer, made court appearances and a deposition appearance, and defended a Motion for Collective Action Certification. In mid-2014, there was a shakeup of Medient that affected the flow of information between counsel and the client, including information as to payment status on the account. With Yellow Productions, LLC and Medient OK, LLC still being connected to Mr. Kumaran, the Nevada litigation between Medient and Kumaran creates an irreconcilable conflict in continuing to represent all of the Medient Defendants. BP has undertaken all efforts to assure that there is no prejudice to the Medient Defendants in BP withdrawing as counsel from the litigation. To the extent that granting the Motion could cause delay, we believe that good cause is shown. Based on the foregoing, BP brings the instant Motion to Withdraw as Counsel herein.

///

3

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

## II.

## THE COURT IS REQUESTED TO GRANT LEAVE TO BORTON PETRINI, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS BECAUSE THE MEDIENT DEFENDANTS' CONDUCT HAS MADE IT UNREASONABLY DIFFICULT FOR BP TO CARRY OUT ITS EMPLOYMENT.

**A.    Applicable Law.**

Rule 3-700 of the State Bar Rules of Professional Conduct states that:

"[Aside from permissive withdrawal], a member may not request permission to withdraw in matters pending before a tribunal, and may not withdraw in other matters, unless such request or such withdrawal is because the client breaches an agreement or obligation to the member as to expenses or fees."

State Bar Rules of Professional Conduct 3-700(C)(1)(f).

The discussion with the Medient Defendants on the fee issue goes back several months. See the Declaration of Joseph Richardson.

**B. There is No Prejudice to the Parties, as There is Further Time to Complete Discovery Per the Recent Stipulation By the Parties, and BP Has Continued Discussions with Client Even While Motion is Pending.**

The decision of whether to allow an attorney to seek to withdraw, pursuant to California Code of Civil Procedure Section 284(2), is within the sound discretion of the court and will depend on resulting prejudice to the client and the level of delay in any proceeding caused by such withdrawal. (*Mandel v. Superior Court* (1977), 67 Cal.App. 3d 1.)

Rule 3-700 further states:

"[a] member shall not withdraw from employment until the member has taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other

4

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

counsel, complying with rule 3-700(D), and complying with applicable laws and rules." Prof. Conduct, Rule 3-700(A)(2). *Ramirez v. Sturdevant* (1994) 21 Cal.App.4th 904, 915; see also *Estate of Falco* (1987) 188 Cal.App.3d 1004.

As stated in the Richardson Declaration attached, BP was led to believe other counsel would be stepping into the matter for the Medient and Yellow Defendants, only to be told by that counsel that they would not be. With that, as well as the confirmed contact with counsel for Mr. Kumaran, BP set out to file this motion. BP has taken steps to prevent prejudice to the client. Counsel has just asked for and received an extension of the discovery cut-off. There is still sufficient time pursuant to the Case Management Order for Defendants to seek and retain new counsel and for new counsel to prepare this case for trial.

**C. The Separate Nevada Litigation Between Medient and Manu Kumaran, Which Was Only Disclosed to BP Recently, Creates an Irreconcilable Conflict Requiring BP to Withdraw As Counsel.**

Only on or about August 11, 2014, was counsel for BP notified of litigation between Manu Kumaran and Medient. The litigation, in which Mr. Kumaran, as Plaintiff, seeks dissolution of the corporation, among other things, follows Mr. Kumaran's removal as the CEO of Medient. Another one of the defendants in the litigation is the new CEO of Medient, Jake Shapiro. The separate litigation creates an irreconcilable conflict in continuing to represent all of the Medient Defendants. BP has undertaken all efforts to assure that there is no prejudice to the Medient Defendants in BP's withdrawing as counsel from the litigation. Alternatively, the clear conflict constitutes good cause for the withdrawal.

**D. Notice Of This Motion Has Been Provided To Counsel for All Parties as well as the Clients.**

"An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

5

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

action." (Local Rule 83-2.9.2.1). Aside from contact prior to the filing of this Motion with Ms. Murphy and with counsel for Manu Kumaran related to the Nevada litigation, BP provided notice of this motion to Plaintiffs' counsel and to defense counsel in compliance with the local rules.

## III.

## CONCLUSION

Based upon the foregoing, BP respectfully requests that the Court allow it to withdraw as counsel of record for the Medient Defendants.

Dated: 8-26-14          Respectfully submitted,

BORTON PETRINI, LLP

By _____
Joseph L. Richardson
Daniel L. Ferguson
Attorneys for Defendants,
Manu Kumaran; Medient
Entertainment; Medient OK,
LLC; Yellow Productions, LLC

6

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

## PROOF OF SERVICE (Code Civ. Proc., §§ 1013a)

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is Borton Petrini, LLP, 1461 Ford Street, Suite 201, Redlands, California 92373.

**ELECTRONICALLY:**

I caused a true and correct copy of the NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF to be <u>electronically filed</u> on August 26, 2014 using the Court's Electronic Court Filing ("ECF") system.

On August 26, 2014, I served the foregoing document described as NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF to be served on the other parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**SEE ATTACHED SERVICE LIST**

☑   **BY MAIL:** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice the envelope would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Redlands, California in the ordinary course of business.

☐   **BY FACSIMILE:** I caused each document to be delivered by electronic facsimile to the listed above. The facsimile machine I used complied with California Rules of Court, Rule 2.301 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306.

☐   **BY OVERNIGHT COURIER SERVICE:** I caused each envelope with postage fully prepaid to be sent by overnight.

☑   **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 26. 2014, at Redlands, California.

__**Kathleen P. Meyer**__          _____/s/ Kathleen P. Meyer_____
Type or Print Name                              Signature

7

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

# SERVICE LIST

## Lynch v. Cassavetes, et al

## Case No. CV13-04317 DSF (JCx)

Alan Harris, Esq.
Priya Mohan, Esq.
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, CA 90027
(323) 962-3777
(323) 962-3004 Fax
aharris@harrisandruble.com
pmohan@harrisandruble.com
Attorneys for Plaintiffs


Stephen J. Goldberg, Esq.
LAW OFFICES OF STEPHEN J. GOLDBERG
623 Levering Avenue
Los Angeles, CA 90024
(310) 824-2447
(310) 209-1603 Fax
Golds711@aol.com
Attorneys for Defendant, Erick Geisler, GS Entertainment, LLC


Jake Shapiro, CEO
Medient Studios, Inc.
131 Southern Blvd.
Savannah, GA 31405
On behalf of Defendant, Medient Entertainment

Randolph L. Howard, Esq.
Jason M. Wiley, Esq.
Aaron R. Maurice, Esq.
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
(702) 362-7800
(702) 362-9472 Fax
On behalf of Manu Kumaran,
Medient OK, LLC and Yellow Productions, LLC


Kamal Patel
3211 Barley
Norman, OK 73072
Registered Agent for Service for Medient OK, LLC
Oklahoma Secretary of State

8

h:\060018\068494\pleadings\motion to withdraw as counsel.docx

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

Burris Chad
320 S. Boston Avenue, 5th Floor
Tulsa, OK  74103
Registered Agent for Service for Yellow Productions, LLC
Oklahoma Secretary of State

Duane Westrup, Esq.
Westrup & Associates
444 W Ocean Blvd Ste 1614
Long Beach, CA 90802
Attorneys for Defendant Nick Cassavetes

William Steffin, Esq.
Armin Azod, Esq.
Steffin Lelkes Azod LLP
1801 Century Park East, 24th Floor
Century City, CA 90067
On behalf of Manu Kumaran, Medient OK, LLC and Yellow Productions, LLC

NEVADA AGENCY AND TRANSFER COMPANY
50 WEST LIBERTY STREET SUITE 880
Reno, NV 89501
Registered Agent for Service for Medient Studios, Inc.
Nevada Secretary of State

NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS ATTORNEYS OF RECORD FOR DEFENDANTS, ETC.

h:\060018\068494\pleadings\motion to withdraw as counsel.docx