1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

GUS LYNCH, individually and on
behalf of all others similarly
situated, ROBERT YOUNG, BOB
WHEELER, VITO TORTORICCI,
and FRED OSBY, individually

Plaintiffs

v.

NICK  CASSAVETES, MANU
KUMARAN, MEDIENT
ENTERTAINMENT, MEDIENT
OK, LLC, YELLOW
PRODUCTIONS, LLC, GS
ENTERTAINMENT, LLC and JOE
Q. BRETZ

Defendants.

11
12
13
14
15
16
17
18
19
20

Case No: 13-CV-04317 DSF (JC)
*Assigned to Hon. Dale S. Fischer*

**STIPULATED PARTIAL
JUDGMENT PURSUANT TO FED.
R. CIV. PROC. 54(b)**

21
22
23
24
25
26
27
28

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiffs Robert Young, Bob Wheeler, Vito Tortoricci, and Fred Osby and Defendant GS Entertainment, hereby stipulate that the Court shall Order Entry of Judgment against Defendant GS Entertainment as follows:

1. With respect to Plaintiff Robert Young's individual claims against Defendant GS Entertainment, Judgment shall be entered in favor of Plaintiff Robert Young and against Defendant GS Entertainment in the amount of $1,684.56.

2. With respect to Plaintiff Bob Wheeler's individual claims against Defendant GS Entertainment, Judgment shall be entered in favor of Plaintiff Bob Wheeler and against Defendant GS Entertainment in the amount of $58.00.

3. With respect to Plaintiff Vito Tortoricci's individual claims against Defendant GS Entertainment, Judgment shall be entered in favor of Plaintiff Vito Tortoricci and against Defendant GS Entertainment in the amount of $765.66.

4. With respect to Plaintiff Fred Osby's individual claims against Defendant GS Entertainment, Judgment shall be entered in favor of Plaintiff Fred Osby and against Defendant GS Entertainment in the amount of $786.41.

5. With respect to its prosecution of the individual claims of Plaintiffs Robert Young, Bob Wheeler, Vito Tortoricci, and Fred Osby, B, Judgment shall be entered in favor of Harris & Ruble and against Defendant GS Entertainment, LLC in the amount of $5,000.00.

**IT IS SO STIPULATED**

DATED: Oct.    , 2014                          HARRIS & RUBLE

_____
Alan Harris
*Attorneys for Plaintiffs*

DATED: Oct.    , 2014                          LAW OFFICES OF STEPHEN J. GOLDBERG

_____
Stephen J. Goldberg
*Attorneys for Defendant GS Entertainment, LLC*

**IT IS SO ORDERED.**
                    **10/31/14**

DATED:_____          _____
                                          HON. DALE S. FISCHER
                                          United States District Judge