**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS LYNCH, individually and on behalf of all others similarly situated, ROBERT YOUNG, BOB WHEELER, VITO TORTORICCI, and FRED OSBY, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NICK CASSAVETES, MANU KUMARAN, MEDIENT ENTERTAINMENT, MEDIENT OK, LLC, YELLOW PRODUCTIONS, LLC, GS ENTERTAINMENT, LLC and JOE Q. BRETZ,<br><br>Defendants.<br>_____ | Case No. CV 13-4317 DSF (RZx)<br><br>JUDGMENT |

    The Court having previously entered a stipulated partial judgment in favor of Plaintiffs and against GS Entertainment, LLC; the parties having stipulated to dismiss with prejudice all claims against Nick Cassavetes; the Court having granted Plaintiffs' request to dismiss without prejudice all claims against Manu Kumaran, Medient Entertainment, and Medient OK, LLC; the Court having granted in part Plaintiffs' motion for default judgment against Yellow Productions, LLC; and Plaintiffs having failed to respond to the Court's Order to Show Cause with respect to Joe Q. Bretz,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      IT IS ORDERED AND ADJUDGED that judgment be entered against Yellow Productions and in favor of Plaintiff Lynch in the amount of $4,260; that the action be dismissed with prejudice against Nick Cassavetes; and that the action be dismissed without prejudice against Defendants Manu Kumaran, Medient Entertainment, Medient OK, LLC, and Joe. Q. Bretz.

Dated: 3/26/15

                                    Dale S. Fischer
                        United States District Judge